# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CR-075-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LAMONT ORLANDO MAYHEW, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 12) filed April 25, 2017. Having carefully considered the motion and the record, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 12) is **GRANTED**. Defendant's "Motion For Psychiatric Or Psychological Examination" (Document No. 11) shall be **SEALED** and remain under seal until further order of this Court.

**SO ORDERED**.

Signed: April 25, 2017

David C. Keesler
United States Magistrate Judge